AO 467 (Rev. 9/03) Order for Defendant to Appear

# UNITED STATES DISTRICT COURT

DISTRICT OF __COLORADO__

UNITED STATES OF AMERICA

V.

MARK EBENAL

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CASE NUMBER: 06-MJ-00108-DLW

CHARGING DISTRICTS CASE NUMBER: 05-CR-1060JM

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the __SOUTHERN__ District of __CALIFORNIA__; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the __N/A__
*Place and Address*
, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified) MJ Brooks, 940 Front Street, Ctrm.B, San Diego, CA on March 15, 2006 at 2:00 p.m.
*Date and Time*

_March 3, 2006_
*Date*

_[signature]_
*Signature of Judge*

DAVID L. WEST   US MAGISTRATE JUDGE
*Name and Title of Judge*